# ALABAMA COURT OF CRIMINAL APPEALS



April 25, 2025

**CR-2024-0271**

D.C.R.  v. State of Alabama (Houston Circuit Court: CC-20-887.60, CC-20-888.60, CC-20-897.60, and CC-20-898.60)

## <u>NOTICE</u>

You are hereby notified that on April 25, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk